| | | | |
|---|---|---|---|
| | AUSA: | Sean L. King | Telephone: (313) 226-9727 |
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Michael J. Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.
Jose Manuel LEZAMA-SIERRA

Case: 2:25−mj−30549
Assigned To : Unassigned
Assign. Date : 8/28/2025
Description: CMP USA v
Lezama−Sierra (SH)

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25 2025__ in the county of __Macomb__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

*[signature]*

Michael J. Everson, U.S. Border Patrol Agent

☑ Continued on the attached sheet.

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 28, 2025__

*[signature]*

                                                                         *Judge's signature*

City and state: __Detroit, MI__      Anthony P. Patti, U.S. Magistrate Judge
                                                                           *Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR
# A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Jose Manuel LEZAMA-SIERRA, which reveals the following set forth below.

2. Because this affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of the requested complaint and arrest warrant, it does not contain every fact known to law enforcement about this investigation.

3. Based on the facts set forth in this affidavit, there is probable cause to believe that LEZAMA-SIERRA violated 8 U.S.C. § 1326(a), Unlawful Re-Entry Following Removal.

4. LEZAMA-SIERRA is a 43-year-old male, native and citizen of Honduras, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

5. On or about February 6, 2000, LEZAMA-SIERRA was arrested by Border Patrol Agents near Laredo, Texas. He was issued a Notice to Appear.

6. On March 1, 2000, LEZAMA-SIERRA was ordered removed by an Immigration Judge. He was subsequently removed back to Honduras on March 28, 2000, through Houston, Texas.

7. On or about July 22, 2001, LEZAMA-SIERRA was arrested by Border Patrol Agents following a train inspection near Hebbronville, Texas. He was granted a Voluntary Removal (VR) and was removed back to Honduras.

8. On or about July 25, 2001, LEZAMA-SIERRA was arrested by Border

1

       Patrol Agents near Hebbronville, Texas. He was granted a VR and was removed back to Honduras.

9. On or about May 11, 2002, LEZAMA-SIERRA was arrested by Border Patrol Agents near Ypsilanti, Michigan. He was granted a VR and was removed back to Honduras.

10. On or about October 26, 2007, LEZAMA-SIERRA was arrested by the New Orleans Sheriff's Department using the false name of Angel HERNANDEZ. He was charged with Following Too Close and Reckless Driving. Disposition unknown.

11. On or about June 4, 2011, LEZAMA-SIERRA was arrested by Van Buren Police for Assault with Deadly Weapon.

12. On or about August 10, 2011, LEZAMA-SIERRA was convicted for Assault with Deadly Weapon (felony) in Michigan's 3rd Circuit Court. He was sentenced to 4 months' imprisonment and 1 year of probation.

13. On or about August 31, 2011, LEZAMA-SIERRA was arrested by Immigration and Customs Enforcement (ICE) and taken into their custody from the Wayne County Jail.

14. On February 2, 2012, LEZAMA-SIERRA was sentenced to time served in the U.S. District Court for the Eastern District of Michigan after pleading guilty to his first conviction under 8 U.S.C. § 1326(a).

15. On February 10, 2012, LEZAMA-SIERRA was removed back to Honduras through New Orleans, Louisiana.

16. On or about May 15, 2014, LEZAMA-SIERRA was arrested by Border Patrol Agents near Falfurrias, Texas. His prior order of removal was reinstated. He was removed back to Honduras on May 21, 2014, through Harlingen, Texas.

17. On or about April 9, 2015, LEZAMA-SIERRA was arrested by Washtenaw County Sheriff's Department for Driving Under the Influence.

18. On or about April 10, 2015, LEZAMA-SIERRA was arrested by ICE. His prior order of removal was reinstated.

19. On October 7, 2015, LEZAMA-SIERRA was sentenced to 24 months' imprisonment in the U.S. District Court for the Eastern District of Michigan after pleading guilty to his second conviction under 8 U.S.C. § 1326(a) and 8 U.S.C. § 1326(b)(1).

20. On March 27, 2017, LEZAMA-SIERRA was removed back to Honduras through Alexandria, Louisiana.

21. On or about May 18, 2019, LEZAMA-SIERRA was arrested by Border Patrol Agents near El Paso, Texas. His prior order of removal was reinstated.

22. On October 23, 2019, LEZAMA-SIERRA was sentenced to 24 months' imprisonment in the U.S. District Court for the Western District of Texas after pleading guilty to his third conviction for 8 U.S.C. § 1326(a) and 8 U.S.C. § 1326(b)(1).

23. On April 7, 2021, LEZAMA-SIERRA, was removed back to Honduras through San Antonio, Texas.

24. On August 25, 2025, Detroit Border Patrol Agents encountered LEZAMA-SIERRA following a request by Macomb County Sheriff's Department to help identify a subject on a vehicle stop who only spoke Spanish and presented the police with an international driver's license. LEZAMA-SIERRA was the driver of the vehicle that was pulled over for distracted driving while using a cell phone. Upon arrival on scene, LEZAMA-SIERRA confirmed his identity with agents and freely admitted he did not possess any documents that would allow him to be legally present in the United States. He was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

25. Jose Manuel LEZAMA-SIERRA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that LEZAMA-SIERRA is a citizen of Honduras with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that LEZAMA-SIERRA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

26. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

27. Review of the Alien File (A# xxx xxx 738) for Jose Manuel LEZAMA-SIERRA and queries in Department of Homeland Security databases confirm that no record exists of LEZAMA-SIERRA obtaining the express permission from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on April 7, 2021.

28. Based on the above information, I believe there is probable cause to conclude that Jose Manuel LEZAMA-SIERRA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of 8 U.S.C. § 1326(a).

Michael J. Everson, U.S. Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

Honorable Anthony P. Patti
United States Magistrate Judge

August 28, 2025